No. 10-10694. **Ronald Buzzard, Jr., Petitioner v. Timothy Wengler, Warden.**

565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6121.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 373.